**MEMO ENDORSED**

# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/25

April 3, 2025

**BY ECF**

Hon. Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Talavera v. 987 Supermarket Inc., et al.*
              <u>*Case No. 24-CV-3089 (VEC) (JLC)*</u>

Dear Judge Caproni,

      We are counsel to the plaintiff in the above-referenced matter. A post-fact discovery conference is scheduled for April 11, 2025, at 10:00 a.m. However, due to a scheduling conflict please accept this letter as plaintiff's request for a short adjournment. The parties have conferred and are available on April 24, 30, or as soon thereafter that is convenient for the Court.

      No prior request for similar relief has been made and no other date would be affected.

      We thank the Court for considering this application.

                                      Respectfully submitted,

                                      <u>*/s/ Justin Cilenti*</u>
                                      Justin Cilenti

cc: Enrique A. Leal, Esq. (by ECF)

Application GRANTED.  The post-fact discovery conference currently scheduled for April 11, 2025 is ADJOURNED to May 9, 2025 at 10:00 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.  The parties' joint letter must be filed by May 1, 2025.  The required contents of the letter can be found in paragraph 10 of the Case Management Plan at Dkt. 17.

SO ORDERED.

4/3/25

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE