**MEMO ENDORSED**

*Law Offices of*
*Enrique A. Leal*

582 W. 183 Street, New York, N.Y. 10033
(212) 927-5972

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/25

May 2, 2025

**BY ECF**

Hon. Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:    *Talavera v. 987 Supermarket Inc., et al.*
                Case No. 24-CV-3089 (VEC) (JLC)

Dear Judge Caproni,

  This office represents the defendants in the above-referenced matter. A post-fact discovery conference is scheduled for May 9, 2025, at 10:00 a.m. However, I just served and filed an application to be relieved as attorney for the defendants. Accordingly, I am respectfully requesting that said conference be adjourned to a date convenient for the Court pending resolution of the motion. The parties have conferred and are available on as soon as is convenient for the Court.

  No prior request for similar relief has been made by this office and no other date would be affected.

       We thank the Court for considering this application.

Respectfully submitted,

*/s/ Enrique Leal*
Enrique Leal

cc: Justin Celenti, Esq. (by ECF)

---

Application DENIED. The conference will proceed as scheduled on May 9, 2025 at 10:00 A.M. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. The individual defendants must be attendance at the conference along with defense counsel.

Defense counsel's motion to withdraw will be discussed at the conference and will be held in abeyance until then.

SO ORDERED.

*[signature]* 5/6/25

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE