USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

FULGENCIO TALAVERA, on behalf of himself :
and others similarly situated,                                :
                                                             :
                                    Plaintiff,               :          24-CV-3089 (VEC)
                        -against-                            :
                                                             :                 ORDER
987 SUPERMARKET INC. d/b/a LOS                               :
VECINOS MEAT MARKET &                                        :
SUPERMARKET, RAFAEL A. GUZMAN, and                           :
ROMAN RODRIGUEZ,                                             :
                                                             :
                                    Defendants.              :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 7, 2025 (Dkt. 27), the parties notified the Court an agreement was

reached on all issues;

WHEREAS this case involves claims brought under the Fair Labor Standards Act

("FLSA");

WHEREAS the parties' motion pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796

F.3d 199, 206 (2d Cir. 2015) was due on June 9, 2025, *see* Dkt. 28;

WHEREAS the Order at Dkt. 28 states that if the parties fail to file a letter motion or

stipulation by June 9, 2025, a conference will be held on June 20, 2025, at 10:00 a.m. in

Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New

York, 10007; and

WHEREAS the parties consented to jurisdiction by a magistrate judge on June 9, 2025,

*see* Dkt. 30.

IT IS HEREBY ORDERED that the conference scheduled for June 20, 2025, at 10:00

a.m. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York,

New York, 10007 is CANCELLED.

2

**SO ORDERED.**

**Date:  June 11, 2025**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

2